No. —, original. UNITED STATES *v.* ALABAMA. November 25, 1940. A rule is ordered to issue, returnable January 6th next, requiring the defendant to show cause why leave to file the bill of complaint should not be granted.

No. 2. NEW WORLD LIFE INSURANCE CO. *v.* UNITED STATES. Argued November 18, 19, 1940. Decided December 9, 1940. *Per Curiam:* The judgment is affirmed upon the first ground set forth in the opinion of the Court of Claims with respect to investment expenses, the views expressed on the second question considered by the Court of Claims as to the right of deduction on account of insurance reserves not being an essential basis for the judgment and being contrary to *Helvering* v. *Oregon Mutual Life Insurance Co., ante,* p. 267. *Mr. William Marshall Bullitt,* with whom *Mr. Walter E. Barton* was on the brief, for petitioner. *Mr. Arnold Raum,* with whom *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Guy Patten* were on the brief, for the United States.